PEQUOT SPRING WATER COMPANY *v.* DORIS G. BRUNELLE ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 46 Conn. App. 187 (AC 15993), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the lease between the parties contained an implied covenant by the lessee to remain in business?"

The Supreme Court docket number is SC 15782.

*Francis J. Brady* and *Everett E. Newton,* in support of the petition.

*James G. Green, Jr.,* in opposition.

Decided September 30, 1997

DONALD B. CRANDALL ET AL. *v.* LUCY BARKER GOULD ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 46 Conn. App. 164 (AC 16103), is granted, limited to the following issues:

"1. Did the Appellate Court correctly conclude that under the circumstances of this case the plaintiffs had made use of a disputed right-of-way under a claim of right?

"2. Under the circumstances of this case did the Appellate Court correctly conclude that the trial court had improperly found that the plaintiffs failed to prove that they had sustained irreparable harm?"

The Supreme Court docket number is SC 15780.

*Edward B. O'Connell,* in support of the petition.

*John C. Levanti,* in opposition.

Decided September 30, 1997